**Order entered March 16, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00242-CV

### IN RE KIP DIXON, Appellant

### On Appeal from the 417th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 417-52676-2008

## ORDER

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus. We **DENY** as moot relator's motion for temporary relief. We **ORDER** relator to bear the costs of this original proceeding.

/s/     DAVID L. BRIDGES
           JUSTICE